JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ERROL ENGLETON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPT. et al,<br><br>　　　　Defendant. | NO. EDCV 22-00586-SB (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order of Dismissal,

　　IT IS ADJUDGED that Judgment is entered and this action is dismissed without prejudice for failure to prosecute.

DATED: October 14, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR.
　　　　　　　　　　　　　　　　　　United States District Judge